**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-04619

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-02500-CGC |
| Fred Ramirez and Norma Ramirez | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| _____ | |
| HomeAmerican Mortgage Corporation | |
| Secured Creditor, | |
| vs. | |
| Fred Ramirez and Norma Ramirez, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

HomeAmerican Mortgage Corporation, a secured creditor, by its attorneys, TIFFANY & BOSCO,

P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

      1.     The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to

HomeAmerican Mortgage Corporation, pursuant to the proof of claim in the amount of $17,618.10.

Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A

copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2.     The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings.  Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 23rd day of February, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
February 23, 2010 to:

Fred Ramirez and Norma Ramirez
10109 W. Preston Lane
Tolleson, AZ  85353
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee

By: Julie Bush